**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JORGE RIVERA,**

    **Plaintiff,**

          v.                    Case Number:  8:17-cv-00859-RAL-AAS

**M.R.S. ASSOCIATES, INC. OF NEW JERSEY**
**d/b/a M.R.S. ASSOCIATES, INC.,**

    **Defendant.**

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the plaintiff, JORGE RIVERA, and the Defendant, M.R.S. ASSOCIATES, INC. OF NEW JERSEY d/b/a M.R.S. ASSOCIATES, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/Amanda J. Allen, Esquire* | */s/ Sarah E. Doerr* |
| Amanda J. Allen, Esquire | Sarah E. Doerr, Esq. |
| Florida Bar No. 98228 | Admitted *pro hac vice* |
| Amanda@TheConsumerProtectionFirm.com | MOSS & BARNETT |
| William Peerce Howard, Esq. | 150 South Fifth Street, Suite 1200 |
| Florida Bar No. 0103330 | Minneapolis, MN 55402 |
| Billy@TheConsumerProtectionFirm.com | Tele: (612) 877-5297 |
| The Consumer Protection Firm, PLLC | Fax: (612) 877-5024 |
| 210 A South MacDill Avenue | Sarah.doerr@lawmoss.com |
| Tampa, FL 33609 | |
| Tele:  (813) 500-1500 | |
| Fax:  (813) 435-2369 | |
| **Attorney for Plaintiff** | |

        */s/ Ronald S. Canter*
Ronald S. Canter, Esq., Bar #335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Tele: (301) 424-7490
Fax: (301) 424-7470
rcanter@roncanterllc.com

Local Address:
400 S. Dixie Hwy, #322
Boca Taron, Florida 33432

**Attorneys for Defendant**

# CERTIFICATE OF SERVICE

I certify that on July 19, 2017 a copy of the foregoing document was served on all counsel of record via CM/ECF.

        */s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esquire**
Florida Bar No. 98228
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
210 A South MacDill Avenue
Tampa, FL 33609
Tele: (813) 500-1500
Fax: (813) 435-2369
**Attorney for Plaintiff**