UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JORGE RIVERA,

    Plaintiff,

v.                                          CASE NO: 8:17-cv-859-T-26AAS

M.R.S. ASSOCS., INC. OF NEW JERSEY
*d/b/a* M.R.S. ASSOCS, INC.,

    Defendant.
_____/

## O R D E R

Before the Court is the Joint Stipulation of Dismissal without Prejudice (Dkt. 15).

In accord with the Joint Stipulation, it is **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed without prejudice.

    2)    The Clerk is directed to terminate any pending motions and deadlines and to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on July 19, 2017.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record